# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

UNITED STATES OF AMERICA

-vs-

JAMISON FORD

Case Number: 2:06-cr-130-FtM-29SPC

USM Number: 47559-008

Charles Michael Harris, CJA
1375 Jackson Street, Suite 202
Fort Myers, FL. 33901

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers One, Three, Four & Five of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| One | Failure to follow the instructions of the probation officer in violation of Condition 3 of the Standard Conditions of Supervision | October 9, 2007 |
| Three | Positive urinalysis for Marijuana in violation of Condition 7 of the Standard Conditions of Supervision | April 24, 2007 |
| Four | Positive urinalysis for Marijuana in violation of Condition 7 of the Standard Conditions of Supervision | June 20, 2007 |
| Five | Positive urinalysis for Cocaine and Marijuana in violation of Condition 7 of the Standard Conditions of Supervision | October 4, 2007 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

10/22/2007

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

October 23, 2007

AO 245B (Rev. 6/05) Judgment in a Criminal Case

JAMISON FORD
2:06-cr-130-FtM-29SPC

Page 2 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **18 Months**.

**The defendant is remanded to the custody of the United States Marshal.**

## RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

<br>

                                                    UNITED STATES MARSHAL

By:_____
                                                   Deputy U.S. Marshal

## SUPERVISED RELEASE

The term of supervised release is **REVOKED** and not reimposed.